IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-562-RJC

| | |
|---|---|
| CURTIS LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RICHARD NELLY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for reconsideration of the Court's Order denying his initial motion to appoint counsel. For the reasons stated in the Court's February 20, 2013 Order, (Doc. 9), Plaintiff's motion is DENIED.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**. (Doc. No. 10).

Signed: March 22, 2013

Robert J. Conrad, Jr.
Chief United States District Judge

1