# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Curtis Lee, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00562-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard Nelly | ) | |
| Sami Hassan | | |
| Herbert Jackson | | |
| Carolina Bone and Joint Center, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2015 Order.

September 28, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court